## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*DENNIS JAMES REINKE*   v.   *DORA SCHRIRO, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:04-cv-01542-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**      Date:  September 11, 2007

At docket 22, Magistrate Judge Estrada recommends that petitioner's claims be denied.  The report is very thorough.  Petitioner has filed no objections.

In a matter of this type, the district judge reviews *de novo* all recommended conclusions of law and all recommended findings of fact as to which an objection is taken and all recommended findings of fact as to which there is no objection for clear error.  Applying that standard, this court finds that all of the recommendations in the report at docket 22 are correct.  The report at docket 22 is **ADOPTED**.  Based thereon, the petition is **DENIED**.

The Clerk will please enter judgment forthwith.